# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**CAROLE PRESLEY,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　**Case No. 6:12-cv-1849-Orl-18DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED MOTION TO REMAND (Doc. 11)**
>
> **FILED:** March 18, 2013
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

This cause having come before the Court upon the unopposed motion of the Defendant to remand this case to the Commissioner for further administrative action pursuant to Sentence 6 of Section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. 405(g) and 1383(c)(3). Upon consideration of the Motion, and the grounds urged in support thereof, it is **RECOMMENDED** that this case be remanded to the Commissioner of Social Security in order to hold a *de novo* administrative hearing because significant portions of the recording of the hearing held on Mary 7, 2012 are inaudible and the office intends to remand the case to an Administrative Law Judge for a de

novo hearing. *See* Doc. 11.  It is also respectfully **RECOMMENDED** that the Clerk of the Court be directed to administratively close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 19, 2013.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy