UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLE PRESLEY,

           Plaintiff,

-vs-                                                        Case No. 6:12-cv-1849-Orl-18DAB

COMMISSIONER OF SOCIAL SECURITY,

           Defendant.
_____

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on defendant's Unopposed Motion for Remand pursuant to sentence six of Section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3) (Doc. No. 11). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. The motion is **GRANTED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence six of Section 205(g) and 1631(c)(3) of the Social Security Act, 42 U.S.C. § 405(g) and 1383(c)(3) . Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** the case pending resolution of the proceedings on remand.

It is **SO ORDERED** in Orlando, Florida, this ___2___ day of April, 2013.

                                                G. KENDALL SHARP
                                              Senior United States District Judge

Copies to:

Counsel of Record