UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLE PRESLEY,

          Plaintiff,

v.                                Case No. 6:12-cv-1849-Orl-18DAB

COMMISSIONER OF SOCIAL
SECURITY,
          Defendant.

_____

## ORDER

This case was referred to United States Magistrate David A. Baker for a report and recommendation on the unopposed Motion for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 16) filed on June 3, 2015. The Court having reviewed the Report and Recommendation (Doc. 17), and there being no objections filed, it is hereby

**ORDERED** that the Report and Recommendation (Doc. 17) is **APPROVED and ADOPTED** as part of this order. The Motion for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) is **GRANTED in part**. Presley's counsel, Shea A. Fugate, is awarded attorneys' fees in the amount **of $33,216.50, with counsel to refund or deduct the previous EAJA award of $5,523.69**, for a new award to counsel of **$27,962.81**. Additionally, Presley's counsel is barred from any further request for § 406(a) fees, and counsel for both parties are directed to advise the agency of this preclusion as part of the Court's award. The Clerk of Court shall administratively **REOPEN** this case to **ENTER JUDGMENT ACCORDINGLY** and shall then **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this ___9___ day of July, 2015.

                                              G. KENDALL SHARP
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record